AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.

EDWARD MORTENSON

Defendant

)
)
)
)
)
)
)

Case No. 3:26-mj-00121

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **EDWARD MORTENSON**                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

On or about April 29, 2026, within the District of Oregon, defendant EDWARD MORTENSON did knowingly and
intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine,
a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

Date:    05/01/2026

_Jolie A. Russo_
Issuing officer's signature

City and state:    Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 05/01/26 , and the person was arrested on *(date)* 04/29/26 at *(city and state)* Portland, OR . |

Date: 05/04/26

_Arresting officer's signature_

Bobby Gutierrez, Special Agent
Printed name and title